**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6891**

MISS CATHERINE DENISE RANDOLPH,

                 Plaintiff - Appellant,

        v.

DOUGLAS GANSLER, Maryland Attorney General; WILLIAM
BROCKMAN, Deputy Solicitor General,

                 Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District
Judge. (1:13-cv-01367-JFM)

Submitted: August 29, 2013          Decided: September 4, 2013

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Catherine Denise Randolph, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catherine Denise Randolph appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny as moot Randolph's motions to expedite and affirm for the reasons stated by the district court. Randolph v. Gansler, No. 1:13-cv-01367-JFM (D. Md. May 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2